IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JOSHUA D. MARRS, | : |
| Plaintiff, | : Case No. 3:12-cv-195 |
| | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Michael J. Newman |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on July 2, 2013 (Doc. #10) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **AFFIRMED**; and

3. The case is terminated on the docket of this Court.

Date: 7-25-13

Walter Herbert Rice
United States District Judge